RECEIVED

OCT 0 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DEXTER CELESTINE | CIVIL ACTION NO: 14-172 |
| VERSUS | JUDGE DONALD E. WALTER |
| PNK (LAKE CHARLES), LLC D/B/A L'AUBERGE DU LAC | MAGISTRATE JUDGE KAY |

## ORDER

The Report and Recommendation of the Magistrate Judge [Doc. #37] having been considered, together with the written objections thereto filed with this Court [Doc. #39], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that Defendant's Motion for Sanctions [Doc. #29] be and is hereby GRANTED and that judgment is hereby rendered against Plaintiff for payment of fees to Defendant in the amount of $100.00.

THUS DONE AND SIGNED this 9 day of October 2014, Shreveport, Louisiana.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE

1